The People of the State of New York, Respondent, Clerk's No. -
against
Tariek Steele, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Felicia A. Mennin, J.), rendered September 14, 2012, convicting him, upon a plea of guilty, of resisting arrest, and imposing sentence.




Per Curiam.
Judgment of conviction (Felicia A. Mennin, J.), rendered September 14, 2012, affirmed.
The accusatory instrument was not jurisdictionally defective. The authorized arrest element of resisting arrest (see Penal Law § 205.30; People v Sumter, 151 AD3d 556, 557 [2017]) was sufficiently charged by way of allegations establishing probable cause to arrest defendant for disorderly conduct (see Penal Law § 240.20) and/or utilizing a sound device without a permit in violation of New York City Administrative Code section 10-108(d). The instrument alleged that on a specified date and time, on Broadway and West 34th Street, defendant and a codefendant utilized a sound device without the requisite permit, resulting in music being heard from one block away, and a crowd gathering. Contrary to defendant's claim, the People were not required to allege whether he acted as a principal or accomplice (see People v Rivera, 84 NY2d 766, 769 [1995]; People v Delacruz, 247 AD2d 223 [1998], lv denied 91 NY2d 1006 [1998]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 17, 2019